# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SUMIO HARADA,**<br><br>Defendant. | **VIOLATIONS:**<br>**E1102298**<br>**E1102299**<br>**Location Code: M13**<br><br>**ORDER** |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the initial appearance in this case is **RESCHEDULED** for 9:00 a.m. on September 30, 2022, at the Community Center at Park Headquarters in West Glacier, Montana.

DATED this <u>2nd</u> day of September, 2022.

_____
John Johnston
United States Magistrate Judge