# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **SUMIO HARADA,** Defendant. | PO-22-05075-GF-JTJ VIOLATION: E1102298 E1102299 Location Code: M13 **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $270 fine and $30 processing fee for violation E1102299 (for a total of $300), and for good cause shown, **IT IS ORDERED** that the $300 fine paid by the defendant is accepted as a full adjudication of violation E1102299. **IT IS ALSO ORDERED** that violation E1102298 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022, is **VACATED**.

DATED this 19th day of September, 2022.

_____
John Johnston
United States Magistrate Judge